# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| MATT COOK AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID SLAGLE III. <br><br> PLAINTIFF, <br><br> v. <br><br> BLUELINX CORPORATION <br><br> DEFENDANT. | CIVIL ACTION NO.: <br><br> **AFFIDAVIT OF GARY E. CUMMINGS** |

1. My name is Gary E. Cummings. I am over 21 years old, and I live in Marietta, Georgia.

2. I am employed by BlueLinx Corporation ("BlueLinx"), and my job title is Vice President - Logistics. I have been employed by BlueLinx since September 13, 2004.

3. Through my job responsibilities, I have become personally familiar with BlueLinx's corporate structure and citizenship and with its operations in Georgia, South Carolina, and elsewhere.

4. BlueLinx is incorporated in the State of Georgia. It was formed on March 8, 2004, and it has remained an active Georgia corporation in good standing. It is not currently, and has never been, incorporated in any other state.

5. BlueLinx's principal place of business is located at 1950 Spectrum Circle, Suite 300, Marietta, GA. Its principal place of business on March 6, 2016, was 4300 Wildwood Parkway, Atlanta, GA. BlueLinx's principal place of business has never been located in South Carolina.

6.   At present, BlueLinx does not own any property, rent or otherwise use any facilities, or host any operations of any sort in Hampton County, South Carolina, and it has never done so at any point in the past, including March 6, 2016.

I declare that the foregoing statements are truthful and accurate to the best of my knowledge and belief.

SIGNED this 5th day of April, 2019.

*[signature]*

SWORN TO AND SUBSCRIBED
Before me this 5th day of
April, 2019.

*[signature]* Cynthia D Hamrick
Notary Public

CYNTHIA D HAMRICK
NOTARY PUBLIC
MY COMMISSION EXPIRES
JUNE 11, 2022
GWINNETT CO. GEORGIA